**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 17, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00879-CV

### IN RE LARRY CANTU, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI048941**

---

## MEMORANDUM OPINION

On October 4, 2013, relator Larry Cantu filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Lori Rickert, presiding judge of the County Court at Law # 4 and Probate Court of Brazoria County, to provide relator with the reporter's record at no cost for use in a civil appeal pending in this court.

Relator states that he has attempted by motion and letter to the trial court to obtain the reporter's record, but the court has ignored his requests.[1] Relator attached to his petition purported copies of his motion for the appellate record and his letter to the clerk dated August 19, 2013, requesting that his request for the reporter's record be brought to the trial court's attention.

A trial court has a ministerial duty to consider and rule on motions properly filed and pending before it, and mandamus may issue to compel the trial court to act. *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding); *Ex parte Bates*, 65 S.W.3d 133, 134 (Tex. App.—Amarillo 2001, orig. proceeding). Relator has the burden to provide this court with a record sufficient to establish his right to mandamus relief. *Walker v. Packer*, 827 833, 839 (Tex. 1992) (orig. proceeding). Relator, however, has not provided a file-stamped copy of the motion or the letter demonstrating either is actually pending in the trial court. Therefore, relator has not provided a sufficient record establishing he is entitled to mandamus relief. *See* Tex. R. App. P. 52.3(k), 52.7(a); *see also Blakeney*, 254 S.W.3d at 661 (noting relator's failure to attach file-marked copies of the motion he claimed to have filed in the trial court).

Accordingly, we deny relator's petition for mandamus relief.

PER CURIAM

Panel Consists of Justices Christopher, Donovan, and Brown.

---

[1] We previously dismissed for lack of jurisdiction another petition relator filed against the Brazoria County District Clerk, in which he requested that we compel the district clerk to provided him the reporter's record at no cost. *See In re Cantu*, No. 14-13-00828-CV, 2013 WL 5503879 (Tex. App.—Houston [14th Dist.] Oct. 1, 2013, orig. proceeding) (mem. op.). Acknowledging our prior ruling, relator currently seeks to mandamus the trial judge.

2